# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156132-4(107)(108)

RALPH HEGADORN, Personal Representative of
the ESTATE OF MARY HEGADORN,
       Plaintiff-Appellant,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
       Defendant-Appellee.

_____/

SC: 156132
COA: 329508
Livingston CC: 2014-028394-AA

DEBORAH D. TRIM, Personal Representative of
the ESTATE OF DOROTHY LOLLAR,
       Plaintiff-Appellant,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
       Defendant-Appellee.

_____/

SC: 156133
COA: 329511
Livingston CC: 2014-028395-AA

DENISE TINDLE, Personal Representative of
the ESTATE OF ROSELYN FORD,
       Plaintiff-Appellant,

v

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

       Defendant-Appellee.

_____/

SC: 156134
COA: 331242
Washtenaw CC: 15-000488-AA

On order of the Chief Justice, the motion to substitute Denise Tindle, Personal Representative of the Estate of Roselyn Ford, as the plaintiff-appellant in MSC No. 156134 is GRANTED. On further order of the Chief Justice, the motion of amici curiae National Academy of Elder Law Attorneys, Inc., to share ten minutes of plaintiffs-appellants' oral argument time is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2018



Clerk